IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M FERTEL-RUST,

          Plaintiff,                           ORDER

     v.                                       12-cv-6-wmc

CITY OF MILWAUKEE POLICE DEPT.
INCLUDING THE 3 ARRESTING OFFICERS,
MILWAUKEE COUNTY MENTAL HEALTH CENTER -
ALL PROFESSIONAL STAFF ON WARDS 43C AND 43A,
CITY OF MILWAUKEE and COUNTY OF MILWAUKEE,

          Defendants.

---

Plaintiff Mary Fertel-Rust has submitted a proposed complaint. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with a statement verifying that her financial situation has not changed since her recently submitted affidavit of indigency in a pending case in this court. The factors for determining whether plaintiff qualifies for indigent status are:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

Plaintiff's monthly income is $1,110.00, which makes her annual income $13,200. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, she should be sure to write the case number shown above on her communication.

Entered this 4th day of January, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge