IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M FERTEL-RUST,

               Plaintiff,                                          ORDER

     v.                                                      12-cv-6-wmc

CITY OF MILWAUKEE POLICE DEPT., *et al.*

               Defendants.

---

      In an order entered on January 4, 2012, I granted plaintiff Mary Fertel-Rust's request to proceed without prepayment of fees or costs in this case. I ordered plaintiff's complaint to be taken under advisement as soon as the court's calendar permitted to be screened pursuant to 28 U.S.C. § 1915. Plaintiff has since submitted approximately fifteen supplements to her complaint with numerous exhibits consisting of correspondence, newspaper articles, publications, brochures, receipts, bus schedules, pages from phone books, state court notices and other documents and papers.

      Included among the exhibits received on February 28, 2012 was a check made out to Turcott Clinic from plaintiff in the amount of $15 and a Boston Store receipt with $21 in cash wrapped inside. On March 5, 2012, the clerk's office mailed the $15 check as well as the $21 in cash back to plaintiff. Now, on March 9, 2012, plaintiff has returned the $21 cash to the court along with a letter stating that the $21 does not belong to her. Rather than continue to ping-pong this issue with plaintiff, the court will apply the $21 cash towards the $350 filing fee in this case.

      Accordingly, IT IS ORDERED that the $21 that plaintiff returned to the court on March 9, 2012 will be applied towards the filing fee in this case.

      Entered this 15th day of March 2012.

                                                                            BY THE COURT:

                                                                            /s/

                                                                            STEPHEN L. CROCKER
                                                                            Magistrate Judge